# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YER VUE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00765-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 12) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before February 20, 2020;
2. Defendant's response to the opening brief shall be filed on or before March 23, 2020; and
3. Plaintiff's reply, if any, shall be filed on or before April 7, 2020.

IT IS SO ORDERED.

Dated: __**January 21, 2020**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1